435 A.2d 274

Hollis v. Hollis, Appellant.

Petition for Allowance of Appeal Denied Aug. 26, 1981.

Argued December 4, 1980. Jay A. Hurvitz, for appellant; Norman Perlberger, for appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

Our independent review of this record leads us to the same conclusions as reached by the lower court: That the wife committed such indignities to the person of her husband as to make his life burdensome, and his conditions intolerable, entitling him to a divorce A. V. M.

Decree affirmed.